CLOSED, EFILE, STAYED

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:07-cv-00469-RNC
# Internal Use Only

Osborne v. Menu Foods Inc
Assigned to: Judge Robert N. Chatigny
Cause: 28:1332 Diversity-Property Damage

Date Filed: 03/26/2007
Date Terminated: 06/19/2007
Jury Demand: Plaintiff
Nature of Suit: 380 Personal Property: Other
Jurisdiction: Diversity

**Plaintiff**

**Lauri A. Osborne**
*Ind & o/b/o all Others Similarly Situated*

represented by **Bruce E. Newman**
Newman, Creed & Associates
PO Box 575
Bristol, CT 06011-0575
860-583-5200
Fax: 860-582-0012
Email: bnewman@newmancreedlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Edward Creed**
Newman, Creed & Associates
PO Box 575
Bristol, CT 06011-0575
860-583-5200
Fax: 860-582-0012
Email: kcreed@newmancreedlaw.com

Dockets.Justia.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods Inc**     represented by **Jennifer Katz**
Conway & Stoughton
818 Farmington Ave.
West Hartford, CT 06119
860-523-8000
Fax: 860-523-8002
Email: jkatz@conwaystoughton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew G. Conway**
Conway & Stoughton
818 Farmington Ave.
West Hartford, CT 06119
860-523-8000
Fax: 860-523-8002
Email: mconway@conwaystoughton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2007 | 1 | COMPLAINT against Menu Foods Inc (Filing fee $350 receipt number H022100), filed by Lauri A. Osborne.(Grady, B.) (Entered: 03/27/2007) |
| 03/26/2007 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 5/25/2007.,Discovery due by 9/25/2007. Signed by Clerk on 03/27/07. (Grady, B.) (Entered: 03/27/2007) |

| | | |
|---|---|---|
| 03/26/2007 | 3 | Electronic Filing Order. Signed by Judge Robert N. Chatigny on 03/27/07. (Grady, B.) (Entered: 03/27/2007) |
| 03/26/2007 | | (Court only) ***Case approved for e-filing. (Grady, B.) (Entered: 03/27/2007) |
| 03/26/2007 | | Summons Issued as to Menu Foods Inc. (Grady, B.) (Entered: 03/27/2007) |
| 04/12/2007 | 4 | NOTICE of Appearance by Kevin Edward Creed on behalf of Lauri A. Osborne (Grady, B.) (Entered: 04/17/2007) |
| 04/19/2007 | 5 | NOTICE of Appearance by Matthew G. Conway on behalf of Menu Foods Inc (Conway, Matthew) (Entered: 04/19/2007) |
| 04/19/2007 | 6 | NOTICE of Appearance by Jennifer Katz on behalf of Menu Foods Inc (Katz, Jennifer) (Entered: 04/19/2007) |
| 04/19/2007 | 7 | MOTION to Stay by Menu Foods Inc.Responses due by 5/10/2007 (Attachments: # 1 Memorandum in Support # 2 Not. Manual Filing - Exh. A-D# 3 Exh. E - Notice of Hearing Session# 4 unpublished cases)(Conway, Matthew) (Entered: 04/19/2007) |
| 05/09/2007 | 8 | Second Memorandum in Support re 7 MOTION to Stay filed by Menu Foods Inc. (Attachments: # 1 Arkansas - Order in Widen# 2 California - Order in Sexton# 3 California - Order in Troiano# 4 Colorado - Order in Tompkins# 5 Florida - Order in Donnelly# 6 NJ - Order in 29 Actions)(Katz, Jennifer) (Entered: 05/09/2007) |
| 05/09/2007 | 9 | First RESPONSE re 7 MOTION to Stay filed by Lauri A. Osborne. (Attachments: # 1 Exhibit "A")(Newman, Bruce) (Entered: 05/09/2007) |
| 05/09/2007 | 10 | First MOTION Preservation of Evidence by Lauri A. Osborne.Responses due by 5/30/2007 (Attachments: # |

| | | |
|---|---|---|
| | | 1 Text of Proposed Order)(Newman, Bruce) (Entered: 05/09/2007) |
| 05/21/2007 | 11 | REPLY to Response to 7 MOTION to Stay filed by Menu Foods Inc. (Attachments: # 1 Exh. A - Rhode Island Stay Order# 2 Exh. B - Plaintiff's MDL Motion)(Katz, Jennifer) (Entered: 05/21/2007) |
| 05/21/2007 | 12 | ENDORSEMENT ORDER granting 7 Motion to Stay all proceedings. Signed by Judge Robert N. Chatigny on 05/18/07. (Grady, B.) (Entered: 05/22/2007) |
| 05/23/2007 | 13 | SUMMONS Returned Executed by Lauri A. Osborne. Menu Foods Inc served on 4/30/2007, answer due 5/20/2007. (Grady, B.) (Entered: 05/23/2007) |
| 06/19/2007 | | (Court only) ***Civil Case Terminated. (Grady, B.) (Entered: 07/05/2007) |
| 06/22/2007 | 14 | NOTICE by Menu Foods Inc *of Multidistrict Consolidation* (Attachments: # 1 MDL Transfer Order)(Katz, Jennifer) (Entered: 06/22/2007) |
| 06/27/2007 | 15 | TRANSFER ORDER: Case transferred to District of New Jersey. Signed on 06/19/07 by WM. Terrell Hodges, Chairman, For The Panel. (Attachments: # 1 Letter to Clerk# 2 Attachment)(Grady, B.) (Entered: 07/05/2007) |
| 06/27/2007 | | Case transfered to the District of New Jersey. Non electronic documents, certified copies of docket sheet and Order of Transfer sent. (Grady, B.) (Entered: 07/05/2007) |

I Hereby certify that the forgoing is a true copy of the original document on file. Date: _____

Kevin F. Rowe
Clerk

By _____
Deputy Clerk