**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CONNECTICUT 06103

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 JUL -9  A 10: 08

KEVIN F. ROWE
CLERK

TEL. NO. (860) 240-3200

www.ctd.uscourts.gov

ELSIE MATA
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE

July 5, 2007

## NOTICE OF TRANSFER

William T. Walsh, Clerk
United States District Court
Martin Luther King, Jr.
Federal Building & U. S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, NJ 07101-0419

    Re: MDL 1850 In re Pet Food Products Liability Litigation
    Lauri A. Osborne v. Menu Foods, Inc., et al
    3:07cv469 (RNC)
    District of New Jersey Civil Action No. 1:07cv2867
    (NLH)(AMD)

The above-captioned case has been transferred to your court pursuant to an order entered on June 19, 2007. For reference, please note the following:

[✖]    The file is in electronic format unless otherwise noted below. You may access the electronic docket and the case file through our website at https://ecf.ctd.uscourts.gov/, using your PACER login/password.

Items enclosed:

[✖]    Original documents not otherwise filed electronically

[✖]    Certified copy of the electronic docket sheet

[✖]    Certified copy of the Order of Transfer to your jurisdiction

A duplicate notice is provided to acknowledge receipt of this notice and the enclosed documents. Please complete the acknowledgment and return it to this office.

Sincerely,

Kevin F. Rowe, Clerk
By

*Barbara Grady* (signature)

Barbara Grady